IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Pension Benefit Guaranty Corp,

    Plaintiff(s),

vs.

Staples Contract & Commercial, Inc

    Defendant(s).

Case Number: 1:13cv898

Chief Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on March 14, 2014 (Doc. 21), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 31, 2014, hereby ADOPTS said Report and Recommendation.

Accordingly, the property defendants' motion to dismiss Staples' claims against 2840 Sprouse Drive, 10001 Alliance Road, 2322 Clifton Avenue, and 880 Great Southwest Parkway (Doc. 10) is **GRANTED.**

Since this case is consolidated with 1:13cv266, the parties are to file future documents in the lower case number only.

IT IS SO ORDERED.

                                                        s/Susan J. Dlott
                                                        Chief Judge Susan J. Dlott
                                                        United States District Court